UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 5:24-cr-00142

JESSE ROBERT PHILLIPS

### ORDER

On November 25, 2024, all counsel and the Defendant appeared for a guilty plea hearing. Count Two charges the Defendant with knowingly and intentionally possessing with intent to distribute a quantity of fentanyl, in violation of 21 U.S.C. § 841(a)(1). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on November 25, 2024. [Doc. 39]. Objections in this case were due on December 12, 2024. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 39]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:  December 17, 2024



Frank W. Volk
Chief United States District Judge